FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 23 PM 4: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Torey Harris #348390 | CIVIL ACTION |
| VERSUS | NO. 04-1944 |
| Burl Cain | SECTION "C" (5) |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s):
A certificate of appealability has already been denied in this matter. Rec. Doc. 16

Date: 3/23/06

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____